*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00023-CV

Anthony **JASPER**, Jr.,
Appellant

v.

Alicina Rosa **VILANKULU**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-14036
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

Appellant's brief, which was due on May 23, 2011, has not been filed.  On June 7, 2011, this court ordered appellant to show cause in writing by June 21, 2011 why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM